IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM D. HAMPTON,<br>Inmate # BOP Reg. 26034-044,<br>    Movant,<br><br>v.<br><br>FEDERAL CORRECTIONAL<br>INSTITUTION,<br>WARDEN ZENK,<br>    Respondents. | ::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>:: | CIVIL ACTION NO.<br>1:07-CV-1765-RWS<br><br><br><br><br>PRISONER MOTION<br>28 U.S.C. § 1331 |

ORDER

By Order dated August 22, 2007 [2], this Court denied the Movant's request for an "immediate injunction" and dismissed the instant action as frivolous. This case comes before the Court on Movant's Motion to Seek Injunctive Relief Against Staff Members [4], which raises substantially similar issues raised in Movant's prior Motion and rejected by this Court. Because this action has been dismissed, the Court construes Movant's Motion as a Motion for Reconsideration of the Court's prior Order.

Under the Local Rules of this Court, "[m]otions for reconsideration shall not be filed as a matter of routine practice[,]" but rather, only when "absolutely necessary." LR 7.2(E), NDGa. Such absolute necessity arises where there is "(1) newly discovered evidence; (2) an intervening development or change in controlling law; or (3) a need

to correct a clear error of law or fact." <u>Bryan v. Murphy</u>, 246 F. Supp. 2d 1256, 1258-59 (N.D. Ga. 2003).

Movant has failed to demonstrate any of the grounds justifying reconsideration of this matter. For the reasons stated in the Court's Order of August 22, 2007, Movant's "Motion to Seek Injunctive Relief" is **DENIED**.

**IT IS SO ORDERED** this  4th  day of March, 2008.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)